UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| G.P., et al., | Case No. 2:24-cv-01892-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 3] |
| BEST BUY CO., INC., et al., | |
| Defendant(s). | |

Pending before the Court is Defendant On Spec, LLC's certificate of interested parties. Docket No. 3. As a threshold matter, that document is **STRICKEN** and **SEALED** because it includes the full name of a minor. *See* Local Rule IC 6-1(a)(2).

In addition, the certificate fails to comply with the governing rules as to its substance. To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2). For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Hence, the pertinent inquiry as to LLC citizenship is "not the state in which it was formed or does business." *NewGen, LLC v. Safe Cig, LLC*, 840 F.3d 606, 612 (9th Cir. 2016). If an LLC's owners/members are themselves an LLC (or another unincorporated association), then the Court must know the identity and citizenship of the sub-members, and so on. *Lindley Contours, LLC v. AABB Fitness Holdings, Inc.*, 414 Fed. Appx. 62, 64 (9th Cir. 2011).

Defendant On Spec's certificate of interested parties does not provide this information. Docket No. 3. The notice of removal is similarly unhelpful, as it appears to identify On Spec's citizenship based on its place of incorporation and headquarters, Docket No. 9 at 2, which is irrelevant for an LLC for diversity purposes, *NewGen*, 840 F.3d at 612.

Accordingly, Defendant On Spec must file an amended certificate of interested parties complying with all of the above requirements by October 22, 2024.

IT IS SO ORDERED.

Dated: October 15, 2024

_____
Nancy J. Koppe
United States Magistrate Judge