# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| G.P., et al., <br>     Plaintiffs, <br> v. <br> BEST BUY CO., INC., *et al.*, <br>     Defendants. | Case No. 2:24-cv-01892-JAD-NJK <br><br> **Order** <br><br> [Docket No. 30] |

Pending before the Court is Plaintiffs' motion to extend discovery deadlines. Docket No. 30. No response has been filed and the time to do so has passed. *See* Docket. The failure to respond to a motion constitutes "a consent to the granting of the motion." LR 7-2(d).

Accordingly, Plaintiffs' motion is **GRANTED**. Docket No. 30.

Case management deadlines are hereby **EXTENDED** as follows:

- Initial experts:  June 12, 2025
- Rebuttal experts:  July 9, 2025
- Discovery cutoff:  August 8, 2025
- Dispositive motions:  September 9, 2025
- Joint proposed pretrial order:  October 9, 2025, 30 days after resolution of dispositive motions, or by further Court order

IT IS SO ORDERED.

Dated: April 30, 2025

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE