CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
CRAIG D. SLATER, ESQ.
Nevada State Bar No. 8667
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
T: (702) 367-8899 F: (702) 384-8899
E-Mail: cluh@luhlaw.com
E-Mail: cslater@luhlaw.com
*Attorneys for Defendant ON SPEC, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| G.P., a minor; and EMI PICCOLELLA, as Natural Mother and Guardian of G.P., <br><br> Plaintiffs, <br> v. <br><br> BEST BUY CO,, INC.; a Delaware Corporation; ON SPEC, LLC, a foreign limited liability company; SWFT, a foreign entity ; DOES I through XXX; and ROE BUSINESS ENTITIES I through XXX, inclusive, <br><br> Defendants. | CASE NO.: 2:24-cv-01892-JAD-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF CROSS-CLAIM** <br><br><br> ECF No. 34 |
| BEST BUY CO., INC. <br><br> Cross-Complainant, <br> v. <br><br> ON SPEC, LLC <br><br> Cross-Defendant. | |

IT IS HEREBY STIPULATED by Defendant/Cross-Complainant, BEST BUY CO., INC., and

Defendant/Cross-Defendant, ON SPEC, LLC, that BEST BUY CO., INC. hereby agrees to dismiss all

-1-

claims asserted against ON SPEC, LLC, **without** prejudice pursuant to FRCP 41(a)(2). Each party to bear its own fees and costs.

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay.

DATED: May 16, 2025.

| **LUH & ASSOCIATES** | **BACKUS BURDEN** |
|---|---|
| /s/ Craig D. Slater | /s/ Jack P. Burden |
| CRAIG D. SLATER, ESQ. | JACK P. BURDEN, ESQ. |
| Nevada State Bar No. 8667 | Nevada State Bar No. 6918 |
| 8987 W. Flamingo Road, Suite 100 | 3050 S. Durango Drive |
| Las Vegas, Nevada 89147 | Las Vegas, Nevada 89117 |
| Attorneys for *On Spec, LLC* | Attorneys for *Best Buy Co., Inc.* |

**ORDER**

**IT IS SO ORDERED.**

DATED: May 23, 2025

_____
U.S. District Judge Jennifer A. Dorsey