```
1  CHARLIE H. LUH, ESQ.
   Nevada State Bar No. 6726
2  CRAIG D. SLATER, ESQ.
   Nevada State Bar No. 8667
3  LUH & ASSOCIATES
   8987 W. Flamingo Road, Suite 100
4  Las Vegas, Nevada 89147
   T: (702) 367-8899 F: (702) 384-8899
5  E-Mail: cluh@luhlaw.com
   E-Mail: cslater@luhlaw.com
6  Attorneys for Defendant ON SPEC, LLC
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| G.P., a minor; and EMI PICCOLELLA, as Natural Mother and Guardian of G.P., | CASE NO.: 2:24:cv-01892-JAD-NJK |
|---|---|
| Plaintiffs, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| BEST BUY CO. INC.; a Delaware Corporation; ON SPEC, LLC, a foreign limited liability company; SWFT, a foreign entity ; DOES I ,through XXX; and ROE BUSINESS ENTITIES I through XXX, inclusive, | |
| Defendants. | |

Defendant, BEST BUY CO., INC. hereby substitutes CHARLIE H. LUH, ESQ. and CRAIG D. SLATER, LUH & ASSOCIATES as its attorney to represent it for purposes in the above-captioned action in place of JACK P. BURDEN, ESQ., JAQUELYN FRANCO, ESQ., and JAMILE L. CLARK, ESQ., BACKUS BURDEN, 3050 S. Durango Drive, Las Vegas, Nevada 89117.

Dated this __15__ day of May, 2025

BEST BUY CO, INC.

By: _____ Mark Halvorsen

Its.: Sr. Claims Analyst - Risk Mgmt

-1-

1  I CRAIG D. SLATER, ESQ. am duly admitted to practice in this District. Therefore, I hereby
2  agree to be substituted in the place of JACK P. BURDEN, ESQ. of BACKUS BURDEN, 3050 S. Durango
3  Drive, Las Vegas, NV 89117 in the above-captioned action as attorney for Defendant, BEST BUY CO.,
4  INC.

DATED this 15th day of May, 2025.

**LUH & ASSOCIATES**

/s/ Craig D. Slater
_____
CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
CRAIG D. SLATER, ESQ.
Nevada State Bar No. 8667
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147

I hereby agree to the substitution of CRAIG D. SLATER, LUH & ASSOCIATES, 8987 W. Flamingo Road, Suite 100, Las Vegas, NV 89147, as attorney for Defendant, BEST BUY CO., INC. in the above-captioned action in my place and stead.

DATED this 15th day of May, 2025.

**BACKUS BURDEN**

/s/ Jack P. Burden
_____
JACK P. BURDEN, ESQ.
Nevada State Bar No. 6918
JAQUELYN FRANCO, ESQ.
Nevada State Bar No. 13484
JAMIE L. CLARK, ESQ.
Nevada State Bar No. 16687
3050 S. Durango Drive
Las Vegas, Nevada 89117

IT IS SO ORDERED.
Dated: May 27, 2025

Nancy J. Koppe
United States Magistrate Judge

-2-