CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
CRAIG D. SLATER, ESQ.
Nevada State Bar No. 8667
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
T: (702) 367-8899 F: (702) 384-8899
E-Mail: cluh@luhlaw.com
E-Mail: cslater@luhlaw.com
*Attorneys for Defendant ON SPEC, LLC
and BEST BUY CO., INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| G.P., a minor; and EMI PICCOLELLA, as Natural Mother and Guardian of G.P., <br><br> Plaintiffs, <br> v. <br><br> BEST BUY CO,, INC.; a Delaware Corporation; ON SPEC, LLC, a foreign limited liability company; SWFT, a foreign entity ; DOES I through XXX; and ROE BUSINESS ENTITIES I through XXX, inclusive, <br><br> Defendants. | CASE NO.: 2:24-cv-01892-JAD-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** <br><br> ECF No. 38 |
| BEST BUY CO., INC. <br><br> Cross-Complainant, <br> v. <br><br> ON SPEC, LLC <br><br> Cross-Defendant. | |

   IT IS HEREBY STIPULATED by Plaintiffs, G.P., a minor and EMI PICCOLELLA, and

Defendants ON SPEC, LLC and BEST BUY CO., INC., that all claims asserted by Plaintiffs in this action

are hereby dismissed **with** prejudice pursuant to FRCP 41(a)(2). Each party to bear its own fees and costs.

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay. As a result of this Stipulation, this matter may be closed.

DATED: July 2, 2025

| **LUH & ASSOCIATES** | **GAZDA & TADAYON** |
|---|---|
| /s/ Craig D. Slater | /s/ Afshin Tadayon |
| CRAIG D. SLATER, ESQ.<br>Nevada State Bar No. 8667<br>8987 W. Flamingo Road, Suite 100<br>Las Vegas, Nevada 89147<br>Attorneys for *On Spec, LLC and Best Buy Co., Inc.* | AFSHIN TADAYON, ESQ.<br>Nevada State Bar No. 6517<br>2600 S. Rainbow Blvd., Suite 200<br>Las Vegas, Nevada 89146<br>Attorneys for *Plaintiffs* |

### ORDER

Based on the parties' stipulation **[ECF No. 38]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
7-2-25